### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| DAU PHAM, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:20-cv-1988 |
| GREIF, INC., | ) ) | Judge Sara L. Ellis |
| Defendant. | ) ) | |

### **DEFENDANT GREIF, INC.'S NOTICE OF SETTLEMENT**

Defendant Greif, Inc. ("Greif" or "Company"), by and through its attorneys, hereby notifies the Court that the parties have reached an agreement in principle to settle this case on an individual basis. The parties are working on finalizing the settlement and anticipate filing a motion to dismiss the case pursuant to the settlement within the next 21 days.

GREIF PACKAGING, LLC

By: s/ James K. Borcia
One of Its Attorneys

James K. Borcia (*jborcia@tresslerllp.com*)
Tressler LLP
233 South Wacker Drive, 61st Floor
Chicago, IL 60606
(312) 627-4000

Daniel J. Clark (*djclark@vorys.com*)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
(614) 464-5434
*Counsel for Defendant Greif, Inc.*
 **pro hac vice to be filed*
4850-1968-5580