# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DAU PHAM, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Civil Action No. 1:20-cv-1988 |
| v. | Judge Sara L. Ellis |
| GREIF, INC., | |
| Defendant. | |

## STIPULATED DISMISSAL ENTRY

Pursuant to Rule 41(A)(1)(b) of the Federal Rules of Civil Procedure, the Parties hereby stipulate that this action is dismissed with prejudice and with the Parties bearing their own costs.

*/s/ Andrew Shamis*
Andrew J. Shamis
Shamis & Gentile, P.A.
14 NE First Avenue, Suite 1205
Miami, Florida 33132
ashamis@shamisgentile.com

Gary M. Klinger
Mason Lietz & Klinger, LLP
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60630
gklinger@masonllp.com

Rachel Dapeer
Dapper Law, P.A.
300 S. Biscayne Boulevard, # 2704
Miami, Florida 33131
rachel@dapeer.com

Scott Edelsberg
Edelsberg Law, PA
20900 NE 30th Ave., Suite 417
Aventura, Florida, 33180

*/s/ Daniel J. Clark*
Daniel J. Clark (Ohio Bar No. 0075125)*
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, OH 43216-1008
Phone: (614) 464-6436
Facsimile: (614) 719-4650
djclark@vorys.com

*Admitted Pro hac vice*

*Counsel for Defendant Greif, Inc.*

scott@edelsberglaw.com

*Counsel for Plaintiff*